Robert E. GRIMM, II, Petitioner

v.

No. 449 WAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.